**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Woodstream Corp. v. GLC Distribution, LLC    Case Number: 24-cv-04516

An appearance is hereby filed by the undersigned as attorney for:

GLC Distribution, LLC

Attorney name (type or print): Sheila M. Prendergast

Firm: Benesch Friedlander Coplan & Aronoff

Street address: 71 S. Wacker, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6317381
(See item 3 in instructions)    Telephone Number: 312-212-4949

Email Address: sprendergast@beneschlaw.com

Are you acting as lead counsel in this case?           ☐ Yes  ☑ No

Are you a member of the court's general bar?          ☑ Yes  ☐ No

Are you a member of the court's trial bar?            ☐ Yes  ☑ No

Are you appearing *pro hac vice*?                     ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   June 27, 2024

Attorney signature:   S/ Sheila M. Prendergast
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023